■ S. M. PIRES et al., Respondents, v FROTA OCEANICA BRASILEIRA, S. A., et al., Appellants.—Order, Supreme Court, New York County, entered on April 28, 1977, unanimously affirmed. Respondents shall recover of appellants $60 costs and disbursements of this appeal. Application by both sides at time of oral argument for permission to submit additional papers granted. No opinion. Concur—Birns, J. P., Evans, Lane and Markewich, JJ.

■ TATIANA DOMINICK, as Administratrix of the Estate of RICHARD B. DOMINICK, Deceased, Appellant, v JOSEPH F. MONAGHAN et al., Defendants and Third-Party Plaintiffs-Respondents. VARICK STOUT, Third-Party Defendant-Respondent.—Order, Supreme Court, New York County, entered on June 21, 1977, so far as appealed from, unanimously affirmed for the reasons stated by Fein, J., at Individual Calendar Part 9. Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Birns, J. P., Evans, Lane and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL ORTIZ, Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 24, 1975, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833). No opinion. Concur—Birns, J. P., Evans, Lane and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE ASCANIO, JR., Appellant.—Judgment, Supreme Court, New York County, rendered on February 26, 1975, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833). No opinion. Concur—Birns, J. P., Evans, Lane and Markewich, JJ.

■ ROBERT O'CONNOR, an Infant, by His Father and Natural Guardian, JACK O'CONNOR, Respondent, v COLLEGIATE SCHOOL, INC., et al., Appellants, et al., Defendants.—Appeal from order, Supreme Court, New York County, entered on August 11, 1977, withdrawn, without costs to either party against the other. Concur—Murphy, P. J., Evans, Lane and Markewich, JJ.

■ In the Matter of GENE IRA ESSER, an Attorney.—Application for an order authorizing Conservator to take certain actions with respect to notification of respondent's former clients and adversaries in pending matters granted. Concur—Murphy, P. J., Kupferman, Lupiano, Birns and Silverman, JJ.

## (January 19, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE FELICIANO, Also Known as EDDIE FELICIANO SMITH, Appellant.—Judgment, Supreme Court, New York County, rendered on January 4, 1973, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833). No opinion. Concur—Murphy, P. J., Kupferman, Lupiano and Silverman, JJ.